**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE URVE MAGGITTI, | : No. 26 MM 2024 |
| | : |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| DEBRA TODD, CHRISTINE DONOHUE, | : |
| KEVIN M. DOUGHERTY, DAVID N. | : |
| WECHT, SALLIE UPDYKE MUNDY, P. | : |
| KEVIN BROBSON, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of May, 2024, the "Petition to Vacate Void Order," which was filed on March 8, 2024, and seeks vacatur of the January 4, 2024 order entered in *Commonwealth v. Maggitti*, 117 MM 2023, is DISMISSED. *See* Pa.R.A.P. 102 (specifying that reconsideration requests proceed through an application filed in accordance with Pa.R.A.P. 2541-2547); *see also* Pa.R.A.P. 2542(a)(1) (setting a 14-day deadline for reargument applications).

The Prothonotary is DIRECTED to strike the names of the jurists from the caption.